**Petitions for Writ of Habeas Corpus Denied and Memorandum Opinion filed October 13, 2016.**



In The

# Fourteenth Court of Appeals

NO. 14-16-00793-CV
NO. 14-16-00794-CV
NO. 14-16-00795-CV
NO. 14-16-00796-CV

## IN RE EDWARD ROY NEWSOME, Relator

---

### ORIGINAL PROCEEDING
### WRIT OF HABEAS CORPUS[1]
**Harris County, Texas**

---

## MEMORANDUM OPINION

---

[1] Relator filed four petitions for writ of habeas corpus related to the following trial court cause numbers: (1) 2005-06163 in the 234th District Court of Harris County; (2) 2012-24410 in the 151st District Court of Harris County; (3) 2014-69225 in the 152nd District Court of Harris County; and (4) 2016-44121 in the 189th District Court of Harris County.

On October 5, 2016, relator Edward Roy Newsome filed four petitions for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52.

An original habeas corpus proceeding is a collateral attack on a contempt order. *Ex parte Rohleder*, 424 S.W.2d 891, 892 (Tex. 1967) (orig. proceeding). The contemnor bears the burden of showing that he is entitled to relief. *In re Chaumette*, 439 S.W.3d 412, 415 (Tex. App.—Houston [1st Dist.] 2014, orig. proceeding). Relator has not filed with his petitions copies of the contempt or commitment orders under which he is restrained of liberty, or any other documents material to his claims for relief. *See* Tex. R. App. P. 52.3(k)(1); 52.7(a).

Relator has not shown that that he is entitled to habeas corpus relief. Accordingly, we denied his petitions for writ of habeas corpus.


PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.